Decided September 20, 1994

PATRICIA KRAFICK *v.* JOHN H. KRAFICK

The plaintiff's petition for certification for appeal from the Appellate Court, 34 Conn. App. 930 (AC 12717), is granted, limited to the following issues:

"1. In a dissolution action, is a vested defined benefit pension a part of the property that must be equitably distributed?

"2. If the first issue is answered yes, what is the proper method for valuing the pension?"

The Supreme Court docket number is SC 15043.

*David S. Maclay,* in support of the petition.

*Daniel P. Weiner,* in opposition.

Decided September 20, 1994